# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NATALIE SMITH,** as personal representative of the **ESTATE OF CHAD SMITH,**
Appellant,

v.

**VICTORIA ALLEN** and **CHRISTA MOORE,**
Appellees.

No. 4D2023-1698

[April 18, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502023CC000996XXXMB.

Natalie Smith, Coral Springs, pro se.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***